**2017–1238.   State ex rel. Roberts v. Donegan.**
In Mandamus.

**2017–1255.   State ex rel. Mathews v. Montgomery.**
In Mandamus.

*September 20, 2017*

**2017-Ohio-7711.]**

**2017–1316.   State ex rel. Grayem v. Bd. of Building Appeals.**
In Prohibition. Respondent shall file a responsive pleading pursuant to S.Ct.Prac.R. 12.04 no later than 5:00 p.m. on Monday, September 25, 2017. If respondent files a responsive motion, relator's response to the motion shall be filed no later than 5:00 p.m. on Thursday, September 28, 2017.
   No requests or stipulations for extension of time to file a responsive pleading shall be permitted, and the clerk of court shall refuse to file any requests or stipulations for extension of time to file a responsive pleading.

**2017–1315.   Disciplinary Counsel v. Deters.**
On motion for immediate interim remedial suspension. On September 20, 2017, relator filed a motion for an immediate interim remedial suspension pursuant to Gov.Bar R. V(19). Respondent shall file a response, if any, to relator's motion by 12:00 p.m. on September 22, 2017.